# EXHIBIT 51

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER