# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## GREENEVILLE DIVISION

|  |  |
|---|---|
| IN RE SOUTHEASTERN MILK ANTITRUST LITIGATION | ) CASE NO. 2:08-MD-01000 ) ) ) JUDGE GREER ) MAGISTRATE JUDGE INMAN ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Sweetwater Valley Farm, Inc., et al. v. Dean Foods Co., et al.*, No. 2:07-cv-208. | ) ) ) |

## JOINT MEMORANDUM OF ALL DEFENDANTS
## REGARDING COUNTS I THROUGH V

[REDACTED]

[FILED UNDER SEAL PURSUANT TO 9/22/09 STANDING ORDER]

July 27, 2010

Dated:  July 27, 2010                 Respectfully submitted,


                                      _____/s/ Steven R. Kuney_____
                                      Steven R. Kuney
                                      Kevin Hardy
                                      WILLIAMS & CONNOLLY LLP
                                      725 Twelfth Street, N.W.
                                      Washington, DC  20005
                                      Tel:  (202) 434-5000
                                      skuney@wc.com
                                      khardy@wc.com

                                      W. Todd Miller
                                      BAKER & MILLER PLLC
                                      2401 Pennsylvania Avenue, N.W.
                                      Suite 300
                                      Washington, DC  20037
                                      Tel:  (202) 663-7820
                                      tmiller@bakerandmiller.com

                                      G.P. Gaby
                                      MILLIGAN & COLEMAN
                                      230 West Depot Street
                                      P.O. Box 1060
                                      Greeneville, TN  37744-1060
                                      Tel:  (423) 639-6811
                                      sweems@milligancoleman.com

                                      *Counsel for Defendants*
                                      *Dairy Farmers of America, Mid-Am Capital*
                                      *LLC, and Dairy Marketing Services, LLC*

*On behalf of all Defendants, with permission:*

Paul T. Denis
Paul H. Friedman
Dechert LLP
1775 I Street, N.W.
Washington, DC  20006
Tel:  (202) 261-3300
paul.denis@dechert.com
paul.friedman@dechert.com
paul.frangie@dechert.com

Carolyn H. Feeney
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:  (215) 994-4000
carolyn.feeney@dechert.com
david.stanoch@dechert.com

William C. Bovender
Mark S. Dessauer
Hunter, Smith & Davis, LLP
1212 North Eastman Road
Kingsport, TN  37664
Tel:  (423) 378-8840
bovender@hsdlaw.com
dessauer@hsdlaw.com

*Attorneys for Defendant*
*Dean Foods Company*

Jerry L. Beane
Kay Lynn Brumbaugh
ANDREWS KURTH LLP
1717 Main Street
Suite 3700
Dallas, TX  75201
Tel:  214-659-4400
jerrybeane@andrewskurth.com
kaylynnbrumbaugh@andrewskurth.com

Steven E. Kramer
Thomas M. Hale
KRAMER, RAYSON, LEAKE, RODGERS
& MORGAN, LLP
800 S. Gay Street, Suite 2500
P. O. Box 629
Knoxville, TN  37901-0629
Tel:  865-525-5134
skramer@kramer-rayson.com
tomhale@kramer-rayson.com

*Counsel for Defendant National Dairy Holdings, LP*

W. Gordon Dobie
Kari M. Rollins
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601-9703
Tel:  312-558-5600
wdobie@winston.com
karollins@winston.com

Craig V. Gabbert, Jr.
J. David McDowell
HARWELL HOWARD FYNE GABBERT
& MANNER, P.C.
315 Deaderick Street, Suite 1800
Nashville, TN  37238-1800
Tel:  615-256-0500
cvg@h3gm.com
jdm@h3gm.com

*Counsel for Defendant Southern Marketing*
*Agency, Inc.*

Andrew T. Wampler
Robert L. Arrington
WILSON WORLEY MOORE GAMBLE &
STOUT, PC
2021 Meadowview Lane, 2nd Floor
Eastman Credit Union Building
P. O. Box 88
Kingsport, TN  37662
Tel:  423-723-0400
awampler@wwmgs.com
rarrington@wwmgs.com

Kelly B. Tidwell
PATTON, TIDWELL & SCHROEDER,
LLP
4605 Texas Boulevard
Texarkana, TX  75503
Tel:  903-792-7080
kbt@texarkanalaw.com

*Counsel for Defendant James Baird*


Richard W. Pectol
PECTOL & MILES
202 East Unaka Avenue
Johnson City, TN  37601
Tel:  423-928-6106
rwpectol@earthlink.net

Daniel D. Crabtree
David E. Everson
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO  64106
Tel:  913-344-6750 (Crabtree)
Tel:  816-842-8600 (Everson)
dcrabtree@stinson.com
deverson@stinson.com

*Counsel for Defendant Gary Hanman*

Edward T. Brading
Bradley E. Griffith
HERNDON, COLEMAN, BRADING &
McKEE
104 E. Main Street
Johnson City, TN  37604
Tel:  423-434-4700
ebrading@lawyerfirm.com
bgriffith@lawyerfirm.com

Charles W. German
Brandon J.B. Boulware
ROUSE HENDRICKS GERMAN MAY
P.C.
1010 Walnut, Suite 400
Kansas City, MO  64106
Tel:  816-471-7700
Charleyg@rhgm.com
brandonb@rhgm.com

*Counsel for Defendant Gerald Bos*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July 2010, the foregoing [REDACTED] JOINT MEMORANDUM OF ALL DEFENDANTS REGARDING COUNTS I THROUGH V was filed electronically.  Service of the foregoing document will be made on all counsel of record via the Court's CM/ECF system.


/s/ Carl R. Metz
Carl R. Metz