IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| IN RE SOUTHEASTERN MILK ANTITRUST LITIGATION | ) CASE NO. 2:08-MD-01000 ) ) ) JUDGE GREER ) MAGISTRATE JUDGE INMAN |
| THIS DOCUMENT RELATES TO: *Sweetwater Valley Farm, Inc., et al. v. Dean Foods Co., et al.*, No. 2:07-cv-208. | ) ) ) ) ) |

**CERTAIN DEFENDANTS' MOTION TO EXCLUDE THE
EXPERT TESTIMONY OF DR. FRANK SCOTT**

Pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), Defendants Dean Foods Company, Inc., National Dairy Holdings, L.P., Dairy Farmers of America, Inc., Dairy Marketing Services, LLC, Mid-Am Capital, LLC, Gary Hanman, and Gerald Bos (collectively, "Certain Defendants"), respectfully move the Court for an Order excluding the testimony of Dr. Frank Scott, one of the Dairy Farmer Plaintiffs' experts.

As explained through the accompanying Memorandum of Law and Exhibits, Dr. Scott's testimony is not expert in nature and lacks a proper methodology. His testimony should be excluded in its entirety.

Oral argument is requested.

Dated: August 11, 2010

Respectfully submitted,

/s/ Steven R. Kuney
Steven R. Kuney
Kevin Hardy
Carl R. Metz

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
skuney@wc.com
khardy@wc.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20037
Tel: (202) 663-7820
tmiller@bakerandmiller.com

G.P. Gaby
MILLIGAN & COLEMAN
230 West Depot Street
P. O. Box 1060
Greeneville, TN 37744-1060
Tel: (423) 639-6811
sweems@milligancoleman.com

*Counsel for Defendant Dairy Farmers of
   America, Inc.*, *Dairy Marketing Services,
  LLC, and Mid-Am Capital, LLC*

2

*On behalf of Certain Defendants, with permission:*

Paul T. Denis
Paul H. Friedman
Dechert LLP
1775 I Street, N.W.
Washington, DC 20006
Tel: (202) 261-3300
paul.denis@dechert.com
paul.friedman@dechert.com
paul.frangie@dechert.com

Carolyn H. Feeney
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
carolyn.feeney@dechert.com
david.stanoch@dechert.com

William C. Bovender
Mark S. Dessauer
Hunter, Smith & Davis, LLP
1212 North Eastman Road
Kingsport, TN 37664
Tel: (423) 378-8840
bovender@hsdlaw.com
dessauer@hsdlaw.com

*Attorneys for Defendant
Dean Foods Company*

Jerry L. Beane
Kay Lynn Brumbaugh
ANDREWS KURTH LLP
1717 Main Street
Suite 3700
Dallas, TX 75201
Tel: 214-659-4400
jerrybeane@andrewskurth.com
kaylynnbrumbaugh@andrewskurth.com

*Counsel for Defendant National Dairy
Holdings, LP*

Steven E. Kramer
Thomas M. Hale
KRAMER, RAYSON, LEAKE, RODGERS
& MORGAN, LLP
800 S. Gay Street, Suite 2500
P. O. Box 629
Knoxville, TN 37901-0629
Tel: 865-525-5134
skramer@kramer-rayson.com
tomhale@kramer-rayson.com

*Counsel for Defendant National Dairy Holdings, LP*

Richard W. Pectol
PECTOL & MILES
202 East Unaka Avenue
Johnson City, TN 37601
Tel: 423-928-6106
rwpectol@earthlink.net

Daniel D. Crabtree
David E. Everson
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
Tel: 913-344-6750 (Crabtree)
Tel: 816-842-8600 (Everson)
dcrabtree@stinson.com
deverson@stinson.com

*Counsel for Defendant Gary Hanman*

Edward T. Brading
Bradley E. Griffith
HERNDON, COLEMAN, BRADING &
McKEE
104 E. Main Street
Johnson City, TN 37604
Tel: 423-434-4700
ebrading@lawyerfirm.com
bgriffith@lawyerfirm.com

*Counsel for Defendant Gerald Bos*

Charles W. German
Brandon J.B. Boulware
ROUSE HENDRICKS GERMAN MAY
P.C.
1010 Walnut, Suite 400
Kansas City, MO 64106
Tel: 816-471-7700
Charleyg@rhgm.com
brandonb@rhgm.com

*Counsel for Defendant Gerald Bos*

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing CERTAIN DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. FRANK SCOTT was filed electronically. Copies of this document will be served on all counsel of record via the Court's CMF/ECF system.

                /s/ Carl R. Metz
                Carl R. Metz