# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

|  |  |  |
|---|---|---|
| IN RE SOUTHEASTERN MILK ANTITRUST LITIGATION | ) ) ) ) | Master File No. 2:08-MD-1000 |
| | ) | Judge J. Ronnie Greer |
| THIS DOCUMENT RELATES TO: | ) ) | Magistrate Judge Dennis H. Inman |
| *Sweetwater Valley Farm, Inc., et al. v. Dean Foods Co., et al.*, No. 2:07-CV-208 | ) ) ) ) | |

## DAIRY FARMER PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT ON COUNTS I THROUGH V OF THE COMPLAINT (DKT NOS. 839-841)

## FILED UNDER SEAL PURSUANT TO 9/22/09 STANDING ORDER

# TABLE OF AUTHORITIES

## CASES

*A-Barr Sales v. Coca-Cola,*
1981 U.S. Dist. LEXIS 14166 (N.D. Ill. Jan. 13, 1981) ........................................................62

*Alexander v. NFO,*
687 F.2d 1173 (8th Cir. 1982) ........................................................................................9, 30

*American Tobacco Co. v. United States,*
328 U.S. 781 (1946)........................................................................................................6, 67

*American Copper & Brass, Inc. v. Boliden,*
2005 U.S. Dist. LEXIS 43642 (W.D. Tenn. Jul. 6, 2005) ........................................................8

*American Tobacco Co. v. United States,*
147 F.2d 93 (6th Cir. 1944) ...................................................................................................5

*Arnold Pontiac-GMC, Inc. v. Budd Baer, Inc.,*
826 F.2d 1335 (3d Cir. 1987)...................................................................................46, 47, 51

*Atlantic Richfield Co. v. USA Petroleum Co.,*
495 U.S. 328 (1990)...............................................................................................................26

*In re Baby Food Antitrust Litigation,*
166 F.3d 112 (3d Cir. 1999).................................................................................................45

*Barnes v. Sterile Food Products, Inc.,*
759 F.2d 676 (9th Cir. 1985) ...............................................................................................75

*Berkey Photo, Inc. v. Eastman Kodak Co.,*
603 F.2d 263 (2d Cir. 1979), *cert. denied,* 444 U.S. 1093 (1980)...........................................26

*Big Apple BMW, Inc. v. BMW of North America, Inc.,*
974 F.2d 1358 (3rd Cir. 1992) .............................................................................................47

*Bigelow v. RKO Pictures,*
327 U.S. 251 (1946)........................................................................................................23, 27

*Blomkest Fertilizer v. Potash of Saskatchewan,*
203 F.3d 1028 (8th Cir. 2000) ........................................................................................45, 46

*Blue Cross & Blue Shield United v. Marshfield Clinic,*
152 F.3d 588 (7th Cir. 1988) ..........................................................................................23, 27

*Blue Shield of Va. v. McCready,*
    457 U.S. 465 (1982)...........................................................................21

*Bouldis v. U.S. Suzuki Motor Corp.,*
    711 F.2d 1319 (6th Cir. 1983) ...............................................................6

*Broadcast Music, Inc. v. CBS,*
    441 U.S. 1 (1979)...............................................................................8

*Broadcom Corp. v. Qualcomm Inc.,*
    501 F.3d 297 (3d Cir. 2007)...............................................................62

*Brown Shoe Co. v. United States,*
    370 U.S. 294 (1962)...........................................................................17

*Brown v. Ticor Title Insurance Co.,*
    982 F.2d 386 (9th Cir. 1992) ........................................................71, 74

*Brunswick Corp. v. Pueblo Bowl-O-Mat, Inc.,*
    429 U.S. 477 (1977)...........................................................................19

*Byars v. Bluff City News Co., Inc.,*
    609 F.2d 843 (6th Cir. 1979) ...............................................................62

*Campfield v. State Farm Mutual Automobile Insurance Co.,*
    532 F.3d 1111 (10th Cir. 2008) ...........................................................11

*In re Cardizem CD Antitrust Litigation,*
    332 F.3d 896 (6th Cir. 2003) ........................................................19, 45

*Carlin v. Dairy America, Inc.,*
    690 F. Supp. 2d 1128 (E.D. Cal. 2010)..................................................74

*Celotex Corp. v. Catrett,*
    477 U.S. 317 (1986).............................................................................5

*Coastal Fuels of P.R. v. Caribbean Petroleum,*
    79 F.3d 182 (1st Cir. 1996).................................................................28

*Collins v. International Dairy Queen, Inc.*
    980 F. Supp. 1252 (M.D. Ga. 1997) .....................................................17

*Continental Ore Co. v. Union Carbide,*
    370 U.S. 690 (1962)........................................................................6, 29

*Copperweld Corp. v. Independence Tube Corp.,*

467 U.S. 752 (1984) ............................................................................................45

*Daily Press, Inc. v. United Press International,*
  412 F.2d 126 (6th Cir.), *cert. denied,* 396 U.S. 990 (1969) ...........................6

*Danny Kresky Enterprises Corp. v. Magid,*
  716 F.2d 206 (3rd Cir. 1983) ..........................................................................27

*Denny's Marina, Inc. v. Renfro Productions, Inc.,*
  8 F.3d 1217 (7th Cir. 1993) ..............................................................................8

*E & J Gallo Winery v. Encana Energy Services, Inc.,*
  2004 U.S. LEXIS 29383 (E.D.Cal. May 14, 2004) *aff'd* 2007 U.S. App. LEXIS
  22332 (9th Cir. Feb. 13, 2007) ........................................................................70

*Eastman Kodak Co. v. Image Technical Services, Inc.,*
  504 U.S. 451 (1992) ..........................................................................................6

*FTC v. Staples,*
  970 F. Supp. 1066 (D.D.C. 1997) ...................................................................13

*FTC v. Superior Ct. Trial Lawyers Association,*
  493 U.S. 411 (1990) ........................................................................................29

*Fashion Originators' Guild of America, Inc. v. FTC,*
  312 U.S. 457 (1941) ..........................................................................................8

*In re Ferro Corp. Derivative Litigation,*
  511 F.3d 611 (6th Cir. 2008) ..........................................................................30

*First National Bank of Arizona v. Cities Service Co.,*
  391 U.S. 253 (1968) ..........................................................................................6

*Fishman v. Estate of Wirtz,*
  807 F.2d 520 (7th Cir. 1986) ..........................................................................23

*Gettings v. Building Laborers Local 310 Fringe Benefits Fund,*
  349 F.3d 300 (6th Cir. 2003) ............................................................................5

*Gordon v. Lewistown Hospital,*
  423 F.3d 184 (3rd Cir. 2005) ..........................................................................12

*Gulf Coast Shrimpers & Oysterman Association v. United States,*
  236 F.2d 658 (5th Cir. 1956) ..........................................................................58

viii

*Hand v. Central Transport, Inc.,*
779 F.2d 8 (6th Cir. 1985) ................................................................................7

*Hanover Shoe, Inc. v. United Shoe Machinery Corp.,*
392 U.S. 481 (1968).......................................................................................26

*Hewlett-Packard Co. v. Boston Scientific Corp.,*
77 F. Supp. 2d 189 (D. Mass. 1999) .............................................................69

*In re High Fructose Corn Syrup (HFCS),*
295 F.3d 651 (7th Cir. 2002) ....................................................................19, 48

*Hiland Dairy, Inc. v. Kroger Company,*
402 F.2d 968 (8th Cir. 1968) .........................................................................68

*Indeck Energy Services v. Consumers Energy,*
250 F.3d 972 (6th Cir. 2000) .........................................................................31

*Insignia System v. News America Marketing In-Store, Inc.,*
661 F. Supp. 2d 1039 (D. Minn. 2009).........................................................22

*In re Japanese Electric Products Antitrust Litigation,*
723 F.2d 238 (3rd Cir. 1983) .........................................................................67

*Kaufman v. Kansas Gas & Electric Co.,*
634 F. Supp. 1573 (D. Kan. 1986)................................................................30

*Kentucky Speedway, LLC v. NASCAR, Inc.,*
588 F.3d 908 (6th Cir. 2009) .........................................................................17

*Keogh v. Chicago & NW Railway Co.,*
260 U.S. 156 (1922).......................................................................................71

*Kinnet Dairies v. Dairymen, Inc.,*
512 F. Supp. 608 (M.D. Ga. 1981) *aff'd* 715 7.2d 520 (11th Cir. 1983)..................................14

*Klor's, Inc. v. Broadway-Hale Stores, Inc.,*
359 U.S. 207 (1959).........................................................................................8

*Knevelbaard Dairies v. Kraft Foods, Inc.,*
232 F.3d 979 (9th Cir. 2000) ...............................................................8, 18, 24

*Knuth v. Erie-Crawford Dairy Cooperative Association,*
395 F.3d 420 (3rd Cir. 1968) .........................................................................30

ix

*Knuth v. Erie-Crawford Dairy Cooperative Association,*
  463 F.2d 470 (3rd Cir. 1972 ) ................................................................30

*Knuth v. Erie-Crawford Dairy Cooperative Association,*
  1967 U.S. Dist. LEXIS 11122 (E.D. Pa. Mar. 30, 1967)......................30

*LePage's Inc. v. 3M,*
  324 F.3d 141 (3d Cir. 2003)..............................................................56, 66

*Lone Star Milk Producers Inc. v. Dairy Farmers of America, Inc.,*
  2001 U.S. Dist. LEXIS 18716 (E.D. Tex. Jan. 22, 2001)......................28

*In re: Lower Lake Erie Iron Ore Antitrust Litigation,*
  998 F.2d 1144 (3rd Cir. 1993) ...............................................................75

*Lucas Automotive Engineering v. Bridgestone/Firestone,*
  275 F.3d 762 (9th Cir. 2001) .................................................................18

*Mandeville Island Farms, Inc. v. American Crystal Sugar Co.,*
  334 U.S. 219 (1948)...................................................................... *passim*

*Matsushita Electric Industrial Co. v. Zenith Radio Corp.,*
  475 U.S. 574 (1986)...........................................................5, 47, 67

*McDonald v. Johnson & Johnson,*
  537 F. Supp. 1282 (D Minn.1982)........................................................69

*In re Mercedes-Benz Antitrust Litigation,*
  157 F. Supp. 2d 355 (D.N.J. 2001) .......................................................45

*Monument Builders v. Michigan Cemetery Associate,*
  524 F.3d 726 (6th Cir. 2008) ................................................................10

*NYNEX Corp. v. Discon, Inc.,*
  525 U.S. 128 (1998)................................................................................8

*National Social of Professional Engineers v. United States,*
  435 U.S. 679 (1978)................................................................................7

*New York v. Hendrickson Bros. Inc.,*
  840 F.2d 1065 (2nd Cir. 1988).............................................................26

*Nilavar v. Mercy Health System-Western Ohio*
  244 Fed. Appx. 690 (6th Cir. 2007)...............................................12, 17

x

*Omnicare v. United Health Group, Inc.,,*
  524 F. Supp. 2d 1031 (N.D. Ill. 2007) ............................................................8, 18

*Palmer v. BRG of Georgia, Inc.,*
  498 U.S. 46 (1990)............................................................................................8

*Perma Mufflers v. International Parts Corp.,*
  392 U.S. 134 (1968)........................................................................................21

*Petruzzi's IGA Supermarkets v. Darling-Delaware Co.,*
  998 F.2d 1224 (3rd Cir. 1993) ............................................................6, 46, 49

*Poller v. CBS,*
  368 U.S. 464 (1962).........................................................................................6

*RB Ventures, Ltd. v. Shane,*
  112 F.3d 54 (2d Cir. 1997)..............................................................................46

*Re/Max International v. Realty One,*
  173 F.3d 995 (6th Cir. 1999) .....................................................................18, 62

*Rebel Oil Co. v. Atlantic Richfield Co.,*
  51 F.3d 1421 (9th Cir. 1995) ......................................................................62, 68

*Rossi v. Standard Roofing,*
  156 F.3d 452 (3d Cir. 1998)..............................................................6, 22, 47, 60

*Rothery Storage & Van Co. v. Atlas Van Lines,*
  792 F.2d 210 (D.C. Cir. 1986) .........................................................................13

*In re Scrap Metal Antitrust Litig.,*
  527 F. 3d 517, 529-30 (6th Cir. 2008) ............................................................. 28

*Smith Wholesale Company Inc. v. Reynolds Tobacco Co.,*
  477 F.3d 854 (6th Cir. 2007) .............................................................................7

*Smith Wholesale Company, Inc. v. Philip Morris,*
  219 Fed. Appx. 398 (6th Cir. 2007)..................................................................68

*Smith Wholesale v. Philip Morris USA,*
  2005 U.S. Dist. LEXIS 18078 (E.D. Texas Aug. 16, 2005).............................68

*In re Southeastern Milk Antitrust Litigation,*
  2008 U.S. Dist. LEXIS 44541 (E.D. Tenn. 2008) ............................................75

*Stephens v. Koch Foods, LLC,*
  667 F. Supp. 2d 768, 2009 U.S. Dist. LEXIS 95411 (E.D. Tenn. 2009) .................................6

*Stewart Glass & Mirror, Inc. v. U.S.A. Glas, Inc.,*
  940 F. Supp. 1026 (E.D. Tex. 1996) .......................................................................67

*Tampa Electric Co. v. Nashville Coal Co.,*
  365 U.S. 320 (1961) ...........................................................................................10

*Telecor Comm'ns, Inc. v. Southwestern Bell Telegraph Co.,*
  305 F.3d 1124 (10th Cir. 2002) ............................................................................18

*Thompson v. Metropolitan Multi-List, Inc.,*
  934 F.2d 1566 (11th Cir. 1991) ............................................................................18

*Todd v. Exxon Corp.,*
  275 F.3d 191 (2001) ..................................................................................8, 10, 11

*Toys" R" Us, Inc. v. FTC,*
  221 F.3d 928 (7th Cir. 2000) ...............................................................................21

*Twin City Sportservice, Inc. v. Charles O. Finley & Co.,*
  676 F.2d 1291 (9th Cir.1982) ..............................................................................68

*United States v. American Airlines,*
  743 F.2d 1114 (5th Cir. 1984) .............................................................................67

*United States v. Associated Milk Producers, Inc.,*
  394 F. Supp. 23 (W.D. Mo. 1975) ...................................................................24, 73

*United States v. Container Corp. of America,*
  393 U.S. 333 (1969) ...........................................................................................45

*United States v. Country Lake Foods, Inc.,*
  754 F. Supp. 669 (D. Minn. 1990). .......................................................................12

*United States v. Dairymen, Inc.,*
  758 F.2d 654 (6th Cir. 1985) ...............................................................................56

*United States v. Dairymen, Inc.,*
  1978 U.S. Dist. LEXIS 18566 (W.D. Ky. 1978) ...................................................24, 73

*United States v. Dairymen, Inc.,*
  1983 U.S. Dist. LEXIS 16355 (W.D. Ky. 1983) ...................................................12, 14

xii

*United States v. E.I. duPont de Nemours & Co.,*
351 U.S. 377 (1956)................................................................................................61, 64, 66

*United States v. General Dynamics Corp.,*
415 U.S. 486 (1974)................................................................................................16

*United States v. LTV Corp.,*
1984-2 Trade Cas. (CCH) ¶ 66,133 (D.D.C. 1984) ...............................................14

*United States v. Marine Bankorp, Inc.*
418 U.S. 602 (1974)................................................................................................12

*United State v. Microsoft Corp.,*
253 F.3d 34 (D.C. Cir. 2001) ............................................................56, 61, 62, 66

*United States v. Mid-American Dairymen, Inc.,*
1977 U.S. Dist. LEXIS 15857 (W.D. Mo. May 17, 1977) .............................24, 73

*United States v. Philadelphia National Bank,*
374 U.S. 321 (1963)................................................................................................10

*United States v. Rice Growers Association,*
1986 U.S. Dist. LEXIS 30507 (E.D. Cal. Jan. 31, 1986)................................11, 12

*United States v. Socony-Vacuum Oil Co.,*
310 U.S. 150 (1940)..........................................................................................8, 45

*United States v. Trenton Potteries Co.,*
273 U.S. 392 (1927)................................................................................................26

*United States v. Waste Mgmt.,* Fed. Reg. 47,930, 47,941-42 (D.Del 1997), *aff'd,* 141 F.3d
1153 (3d Cir. 1998)................................................................................................14

*Virgin Atlantic Airways v. British Airways,*
872 F. Supp. 52 (S.D.N.Y. 1994)..........................................................................69

*Vogel v. American Society of Appraisers,*
744 F.2d 598 (7th Cir. 1984) ..................................................................................8

*Wallace v. Bank of Bartlett,*
55 F.3d 1166 (6th Cir. 1995) ...........................................................................45, 46

*Washington State Bowling Proprietors Association v. Pacific Lanes, Inc.,*
356 F.2d 371 (9th Cir. 1966) ..................................................................................29

xiii

*Wileman Brothers & Elliot, Inc., v. Giannini,*
    909 F.2d 332 (9th Cir. 1990) .................................................................................71, 74

*Zenith Radio Corp. v. Hazeltine Research, Inc.,*
    395 U.S. 100 (1969).......................................................................21, 23, 27, 62

## STATUTES

7 C.F.R. §§ 1005.13(d)(1)-( ...........................................................................................73, 74

7 C.F.R. §§ 1005.60-61 ..................................................................................................72

7 U.S.C. § 608c(18) ........................................................................................................72

Fed.R.Civ.P. 56(c) ..........................................................................................................9

## MISCELLANEOUS

*Milk in the New England and Other Marketing Areas,* 63 Fed. Reg. 4802, 4815-16 (Jan.
    30, 1998) .................................................................................................................14





2



3



4



5



6



Case 2:07-cv-00208   Document 679   Filed 09/08/10   Page 17 of 86   PageID #: 14405



8



9



10



11



12



13



14



15



Case 2:07-cv-00208   Document 679   Filed 09/08/10   Page 26 of 86   PageID #: 14414



17



18



19



Case 2:07-cv-00208   Document 679   Filed 09/08/10   Page 30 of 86   PageID #: 14418



21



22







24









28



29



30





32



33



34



35



36



37



38



39



40



41



42



43



44


greement).





46



47



48



49





51



52



53



Case 2:07-cv-00208   Document 679   Filed 09/08/10   Page 64 of 86   PageID #: 14452



Case 2:07-cv-00208   Document 679   Filed 09/08/10   Page 65 of 86   PageID #: 14453



56



Case 2:07-cv-00208   Document 679   Filed 09/08/10   Page 67 of 86   PageID #: 14455





59



60







63



64





66



Case 2:07-cv-00208   Document 679   Filed 09/08/10   Page 77 of 86   PageID #: 14465



68



69



70





72





74

## IX. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court deny Defendants' motion for summary judgment.

Dated: September 1, 2010

Respectfully submitted

/s/Robert Abrams

Robert G. Abrams, Esq.
Gregory J. Commins, Jr., Esq.
Terry L. Sullivan, Esq.
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
abramsr@howrey.com
comminsg@howrey.com
sullivant@howrey.com
*Interim Lead Counsel for Dairy
Farmer Plaintiffs*

Thomas C. Jessee, Esq.
412 East Unaka Ave.
Johnson City, TN 37601
jjlaw@jesseeandjessee.com
*Liaison Counsel for
Dairy Farmer Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the 1st day of September, 2010, a true and correct redacted copy of ***Dairy Farmer Plaintiffs' Response to Defendants' Joint Motion for Summary Judgment on Counts I Through V of the Complaint*** ("Response") were served by operation of the electronic filing system of the U.S. District Court for the Eastern District of Tennessee upon all counsel who have consented to receive notice of filings in the matters styled *In re Southeastern Milk Antitrust Litigation*, MDL No. 1899. True and correct unredacted copies of the Response were served via Federal Express on the 1st day of September 2010, on the U.S. District Court for the Eastern District of Tennessee.

I further certify that on the 1st day of September, 2010, courtesy unredacted copies of the Response were served by electronic mail and Federal Express upon:

Kay Lynn Brumbaugh
Andrews Kurth LLP
Suite 3700
1717 Main Street
Dallas, TX 75201

Kari Rollins
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Paul Friedman
Dechert LLP
1775I St NW
Washington, DC 20006

Steven Kuney
Carl Metz
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

Kelly Tidwell
Patton, Tidwell & Schroeder, LLP
4605 Texas Blvd.
Texarkana, TX 75503

Brandon Boulware
Rouse Hendricks German May PC
One Petticoat Lane Building
1010 Walnut Street, Suite 400
Kansas City, MO 64106

Daniel Crabtree
Stinson Morrison Hecker LLP
10975 Benson, Suite 550
12 Corporate Woods
Overland Park, KS 66210

/s/ Carey S. Busen
Carey S. Busen