IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| IN RE: SOUTHEASTERN MILK ANTITRUST LITIGATION | )<br>)<br>) Master File No. 2:08-MD-1000<br>) |
| THIS DOCUMENT RELATES TO:<br>*Sweetwater Dairy Farm, Inc., et al.*<br>*v. Dean Foods Company, et al.*, No. 2:07-CV-208 | ) Judge J. Ronnie Greer<br>)<br>) |

## ORDER

This multi-district antitrust case is before the Court to consider the limited appeal of Southern Marketing Agency, Inc. and James Baird, [Doc. 1204], of the Magistrate Judge's order dated December 8, 2010, which denied the defendants' motion to re-depose Gordon Rausser and Frank Scott. Although these defendants contend that the Magistrate Judge did not address their request to depose these experts, in fact, the Magistrate Judge acknowledges that the defendants seek to re-depose Rausser and Scott, and denied the defendants' motion "in its entirety."

After careful consideration of the Magistrate Judge's order, the Court finds that the Magistrate Judge's order is not clearly erroneous, an abuse of discretion, or contrary to law. Fed. R.Civ. P. 72(a). Accordingly, it is hereby **ORDERED** that the defendants' appeal is **OVERRULED** and the Magistrate's order is **ADOPTED** and **AFFIRMED,** [Doc. 1184].

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
